# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

MICHAEL G. ERSKINE,

    Plaintiff,

v.

CHARLES A. GERKEN, et al.,

    Defendants.

Case No. 2:18-cv-227
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

This matter is before the Court on the United States Magistrate Judge's March 23, 2018 Report and Recommendation recommending that the Court dismiss Plaintiff's claims. The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run, and no party has objected. Accordingly, the Court **AFFIRMS** and **ADOPTS** the Report and Recommendation (ECF No. 3), and for the reasons set forth in that document, the Court **DISMISSES** Plaintiff's claims. The Clerk is **DIRECTED** to enter final judgment in this action.

    **IT IS SO ORDERED.**

5-11-2018
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**